UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL PIES LONSDALE, Booking #25707540,<br><br>  Plaintiff,<br><br>vs.<br><br>ABALOS, et al.,<br><br>  Defendants. | Case No.: 25-cv-1583-BAS-SBC<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO STATE A CLAIM AND FAILURE TO PROSECUTE** |

On June 16, 2025, Plaintiff Gabriel Pies Lonsdale, an inmate confined at the San Diego Central Jail proceeding pro se, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983, accompanied by a Motion to Proceed In Forma Pauperis ("IFP"). (ECF Nos. 1, 2.) Plaintiff alleged that his pinky finger was scratched when a pen was taken from his hand, that his assigned counsel did not drop off his motions at court, and that he was yelled at by officers. (ECF No. 1 at 4-6.)

On August 11, 2025, the Court granted Plaintiff leave to proceed IFP and screened the Complaint pursuant to 28 U.S.C. §§ 1915(e)(2) & 1915A(b), which require *sua sponte* dismissal of a prisoner's IFP complaint, or any portion of it, which is frivolous, malicious, fails to state a claim, or seeks damages from defendants who are immune. (ECF No. 3.)

The Court found the Complaint failed to state a claim, notified Plaintiff of the pleading deficiencies, and granted leave to amend on or before September 25, 2025.  (*Id*. at 4-7.) Plaintiff was also informed that if he failed to file an amended complaint within the time provided the Court would enter a final Order dismissing this civil action based both on Plaintiff's failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) & 1915A(b)(1), and failure to prosecute in compliance with a court order requiring amendment.  (*Id*. at 7-8, citing *Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005) ("If a plaintiff does not take advantage of the opportunity to fix his complaint, a district court may convert the dismissal of the complaint into dismissal of the entire action."))

As of the date of this Order Plaintiff has not filed an amended complaint, nor has he contacted the Court.  Accordingly, the Court **DISMISSES** this action without prejudice for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) & 1915A(b)(1), and for failure to prosecute.  The Clerk of Court shall enter final judgment accordingly and close the file.

**IT IS SO ORDERED**.

**DATED: November 13, 2025**

Hon. Cynthia Bashant, Chief Judge
United States District Court